

# CSC

## Notice of Service of Process

null / ALL
Transmittal Number: 19937910
Date Processed: 06/12/2019

| | |
|---|---|
| **Primary Contact:** | Jennifer Langan<br>Greenberg Traurig, LLP<br>500 Campus Drive<br>Ste 400<br>Florham Park, NJ 07932-0677 |
| **Entity:** | Artdor Realty Company, LP<br>Entity ID Number 3719777 |
| **Entity Served:** | Artdor Realty Company LP |
| **Title of Action:** | Thomas J. Hamill vs. Artdor Realty Co. |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Discrimination |
| **Court/Agency:** | Burlington County Superior Court, NJ |
| **Case/Reference No:** | GLO-L-000720-19 |
| **Jurisdiction Served:** | New Jersey |
| **Date Served on CSC:** | 06/10/2019 |
| **Answer or Appearance Due:** | 35 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Anthony J. Brady, Jr.<br>561-603-6387 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

# SUMMONS

Attorney(s) Anthony J Brady Jr
Office Address 1 Rose Ave
Town, State, Zip Code Maple Shade, NJ 08052
Telephone Number 561-603-6387
Attorney(s) for Plaintiff Thomas Ham, II

Thomas Ham, II

_____
Plaintiff(s)

vs.

Artdor Realty Co
Sckurc Spring Oriental Cuisine
_____
Defendant(s)

**Superior Court of New Jersey**
Camden Gloucester County
Law Division
Docket No: 000720-19

## CIVIL ACTION
## SUMMONS

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

_____
Clerk of the Superior Court

DATED: 6/9/19
Name of Defendant to Be Served: Artdor Realty Company, LP c/n CSC
Address of Defendant to Be Served: Princeton South Corporate Ctr 100
100 Charly Ewing Blvd
Ewing NJ 08628

Revised 11/17/2014, CN 10792-English (Appendix XII-A)

ANTHONY J. BRADY, JR., ESQUIRE
1 Rose Avenue
Maple Shade, New Jersey 08052
(561) 603-6387
Attorney for Plaintiffs
Bar Number 044541984
Ladbrady@gmail.com

| | |
|---|---|
| THOMAS J. HAMILL, | : SUPERIOR COURT OF NEW JERSEY |
| | : BURLINGTON COUNTY |
| | : LAW DIVISION |
| Plaintiff, | : Docket No.: Glou - L- |
| | : |
| Vs. | : Civil Action |
| | : |
| ARTDOR REALTY CO.   and / Sakura  Spring | : |
| Oriental Cuisine | : COMPLAINT |
| | : |
| Defendant. | : |

Plaintiff Thomas J. Hamill, residing in Gloucester County, New Jersey by way of complaint against Defendants states:

### FIRST COUNT

1. Plaintiff Hamill is disabled and uses a wheelchair. Plaintiff resides at 370 Grove Ave., Apt 106, West Deptford, Gloucester County, New Jersey. Defendant Artdor Reality Company LP is the owner of a shopping mall commonly called Heritage Square Shopping Center located at 1871 Easr Marlton Pike, Cherry Hill, New Jersey 08003. Said mall is a public accommodation.

there is a public accommodation. In the shopping center with a restaurant known as Defendant Sakura Sprir Oriental Cuisine

2. On or about May 25, 2019, Plaintiff Hamill patronized Sakura Spring Oriental Cuisine

He was impaired in his ability to do so due to the lack of access to the Plaintiff and the disabled as a whole. In addition, on numerous other occasions plaintiff has been a patron of the shopping mall.

3. Specifically, there is no proper parking or routes for the disabled. In the Sakura Spring restaurant there is no accessible bathroom.

4. The above violations are not exclusive. Plaintiff reserves the right to amend the allegations as discovery progresses.

5. Plaintiff Hamill intends to return to said both public facility frequently.

6. Plaintiff Hamill also intends to return as a tester.

7. As a result Plaintiff sustained distress and anger.

8. The lack of access is a violation of New Jersey Law Against Discrimination (LAD) and the federal Americans with Disability Act (ADA).

9. Wherefore, Plaintiff Hamill demands judgment for against both Defendants for :

    a. Injunctive relief and damages under the LAD.

    b. Attorney fees.

    c. Costs of suit.

    d. Damages under the LAD

    e. Attorney fees.

    f. Costs of suit.

Date: June 9, 2019.                                 S // Anthony J. Brady Jr.
                                                    _____
                                                    Anthony J. Brady Jr. Esq.

## CERTIFICATION

I further certify pursuing to R 4.5-1, that this matter in controversy is not the subject of any court of a pending arbitration proceeding nor any other action or arbitration proceeding contemplated. Further, the Plaintiffs are not aware of any other parties that should be joined in this matter.

DATE: June 9, 2019

S/Anthony J. Brady Jr.

Anthony Brady Jr.